AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Zipps, Jennifer G. | **2. Court or Organization**<br><br>United States District Court, District of Arizona | **3. Date of Report**<br><br>02/01/2018 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>405 W. Congress, Ste 5170<br>Tucson, AZ 85701 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 02/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. April,2016 | Constitutional Law Drafting Committee Multi-State Bar Examination Meeting | $3,500.00 |
| 2. Sept, 2016 | Constitutional Law Drafting Committee Multi-State Bar Examination Meeting | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 04/21/2016 - 04/24/2016 | Miami, FL | Constitutional Law Drafting Committee Meeting | Travel, lodging, food in conjunction with meeting |
| 2. | National Conference of Bar Examiners | 09/29/2016 - 10/02/2016 | Vancouver, British Columbia, Canada | Constitutional Law Drafting Committee Meeting | travel, lodging, food in conjunction with meeting |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 02/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Accounts) | A | Interest | M | T | | | | | |
| 2. Princess Jennifer LLC (LLC owns shopping ctr in NM) | | None | K | W | | | | | |
| 3. Metropolitan Life money market | D | Interest | O | T | | | | | |
| 4. Bank of America (Accounts) | B | Interest | L | T | | | | | |
| 5. Fidelity Low Priced Stock | B | Dividend | | | Buy | 05/02/16 | K | | |
| 6. Fidelity Low Priced Stock | B | Dividend | | | Sold | 10/13/16 | K | A | |
| 7. Fidelity Stock Selector Small Cap mutual fund | | None | | | Sold (part) | 08/01/16 | K | D | |
| 8. Fidelity Stock Selector Small Cap mutual fund | | None | | | Sold | 10/13/16 | K | C | |
| 9. Fidelity Capital Appreciation mutual fund | | None | | | Sold | 03/07/16 | L | C | |
| 10. Fidelity Growth Co. mutual fund | D | Dividend | M | T | Buy (add'l) | 08/01/16 | K | | |
| 11. Fidelity AZ Municipal money market fund (checking acct) | A | Dividend | | | Sold | 06/07/16 | K | A | |
| 12. Fidelity Government Money Market (checking account) | A | Dividend | K | T | Buy | 06/07/16 | K | | |
| 13. Traveler's Insurance, common stock | A | Dividend | J | T | | | | | |
| 14. Fidelity Arizona Municipal Income Fund | C | Dividend | M | T | | | | | |
| 15. Fidelity Spartan 500 Index Fund | C | Dividend | M | T | | | | | |
| 16. Fidelity Select Construction and Housing Portfolio | | None | | | Sold | 04/20/16 | J | A | |
| 17. Fidelity Blue Chip Growth Fund | | None | | | Sold | 05/02/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Balanced Fund | A | Dividend | | | Sold | 10/17/16 | K | A | |
| 19. Fidelity Select Industrials Portfolio | B | Dividend | K | T | Buy | 10/18/16 | K | | |
| 20. Fidelity Select Industrials Portfolio | B | Dividend | | T | Buy (add'l) | 11/17/16 | K | | |
| 21. Fidelity Select Consumer Discretionary Portfolio | A | Dividend | K | T | Buy | 03/07/16 | L | | |
| 22. Fidelity Select Consumer Discretionary Portfolio | A | Dividend | | | Sold (part) | 10/18/16 | K | B | |
| 23. Fidelity Select Insurance | A | Dividend | K | T | Buy | 10/17/16 | K | | |
| 24. Fidelity Rollover IRA | A | Dividend | O | T | | | | | |
| 25. -John Hancock Disciplined Value | A | Dividend | | | | | | | |
| 26. -Pimco Income Fund Class A | B | Dividend | | | | | | | |
| 27. -Fidelity Contra Fund | C | Dividend | | | | | | | |
| 28. -Fidelity Total Bond Fund | A | Dividend | | | Sold | 05/11/16 | K | A | |
| 29. -Fidelity Large Cap Value Enhanced Index | | None | | | Buy | 12/27/16 | L | | |
| 30. -Fidelity Small Cap Value Enhanced Index | A | Dividend | | | Buy | 10/03/16 | L | | |
| 31. -Fidelity Event Driven Opportunities | B | Dividend | | | Buy | 05/11/16 | K | | |
| 32. -Fidelity Low Priced Stock Fund | C | Dividend | | | Buy | 04/04/16 | L | | |
| 33. -Fidelity Low Priced Stock Fund | | | | | Buy (add'l) | 05/02/16 | K | | |
| 34. -Fidelity Small Cap Stock Fund | B | Dividend | | | Sold | 10/03/16 | L | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Growth Strategies Fund | A | Dividend | | | Sold (part) | 05/02/16 | K | A | |
| 36. -Fidelity Blue Chip Growth Fund | C | Dividend | | | Sold (part) | 04/04/16 | L | A | |
| 37. -Fidelity Blue Chip Growth Fund | | | | | Sold (part) | 05/02/16 | K | A | |
| 38. -Fidelity Select Construction and Housing Portfolio | | None | | | Sold | 05/11/16 | J | A | |
| 39. -Fidelity Value Strategies Fund | E | Dividend | | | Buy (add'l) | 05/02/16 | K | | |
| 40. -Fidelity Value Strategies Fund | | | | | Sold (part) | 10/03/16 | K | A | |
| 41. -Fidelity Value Strategies Fund | | | | | Sold | 12/29/16 | L | D | |
| 42. -Fidelity Govt Money Market | A | Dividend | | | | | | | |
| 43. Mass Mutual Group Variable Universal Life Policy | A | Interest | | | Expired | 09/30/16 | J | A | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 02/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Mass Mutual policy described at Line 43 of Section VII was described on prior reports as a Mass Mutual Variable Life Policy. It is more precisely described as a Mass Mutual Group Variable Universal Life Policy. While in force, it had no assets selected by or reported to the policyholder.

The Metropolitian Life money market account on line 3 is a settlement option for a life insurance policy. It has no assets selected by or reported to the beneficiary of the policy.

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 02/01/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer G. Zipps**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544